**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| STEPHANIE GORDON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF HENDERSON, HENDERSON POLICE DEPARTMENT,<br><br>　　　　　Defendant. | 2:19-cv-01045-APG-VCF<br><br>**REPORT AND RECOMMENDATION FOR DISMISSAL**<br><br>APPLICATION TO PROCEED *IN FORMA PAUPERIS* (EFC NO. 1) AND COMPLAINT (ECF NO. 1-1) |

On July 2, 2019, the Court granted plaintiff Stephanie Gordon's application to proceed *in forma pauperis*. (ECF Nos. 1, 3). The Court dismissed plaintiff's complaint without prejudice. (ECF No. 3). The Court found that each of plaintiff's counts failed to state a claim. (*Id.* at 3-5). The Court gave plaintiff until July 26, 2019 to file an amended complaint. (*Id.* at 5). Plaintiff did not file an amended complaint or an objection to the Court's Order.

For the reasons discussed in the Court's July 2, 2019 Order (ECF No. 3), this Court recommended that plaintiff's complaint be dismissed without prejudice and the case should be closed. (ECF No. 4). On August 1, 2019, the plaintiff filed a motion seeking a 30-day extension of time to file her amended complaint. (ECF No. 5). This Court granted Gordon's motion for a 30-day extension and withdrew the Report and Recommendation. (ECF No. 6). Pursuant to this Court's August 13, 2019 Order, plaintiff had

until September 12, 2019 to file her amended complaint. (*Id*. at 2). Plaintiff did not file an amended complaint.

ACCORDINGLY, and for good cause shown,

IT IS RECOMMENDED that this action be DISMISSED WITHOUT PREJUDICE and Judgment entered.

DATED this 2nd day of October 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE