# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE GORDON,<br><br>Plaintiff<br><br>v.<br><br>CITY OF HENDERSON CITY HALL, et al.,<br><br>Defendants | Case No.: 2:19-cv-01045-APG-VCF<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 7] |

On October 3, 2019, Magistrate Judge Ferenbach recommended that I dismiss this case without prejudice because plaintiff Stephanie Gordon did not file an amended complaint by the September 12, 2019 deadline. Gordon did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)). I nevertheless conducted a de novo review. 28 U.S.C. § 636(b)(1). Judge Ferenbach sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Judge Ferenbach's report and recommendation **(ECF No. 7) is accepted**. Plaintiff Stephanie Gordon's complaint is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 5th day of November, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE